FILED

07/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0087

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0087

_____

ROGER D. PETERS and CARRIE A. PETERS,

    *Appellees*,

    v.

DOUGLAS L. HUBBARD and NATHAN L. HUBBARD,

    *Appellants.*

_____

ORDER

_____

On Appeal from the Montana Fifth Judicial District Court, Beaverhead County,
Cause No. DV- 17-14049, the Honorable Luke Berger Presiding

_____

APPEARANCES:

Margaret C. Weamer
Matthew A. Haus
TARLOW STONECIPHER WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715
Attorneys for Appellees Roger D. Peters and Carrie A. Peters

David L. Vicevich
Amanda D. Hunter
Lawrence E. Henke
VICEVICH LAW
524 E. Park Street, Suite B
Butte, MT  59701
Attorneys for Appellants Douglas L. Hubbard and Nathan L. Hubbard

This Court, having reviewed Appellees Roger and Carrie Peters' Unopposed Motion for Extension of Time and for good cause appearing therefrom,

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time is GRANTED and the Peterses shall file their Response Brief on or before August 5, 2020.

The Clerk will provide a copy of this Order to all counsel of record.

DATED this ____ day of July, 2020.

_____
Supreme Court Justice

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 18 2020